UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Anthony Morganfield,            Case No. 17-cv-0304 (WMW/FLN)

           Petitioner,

v.            **ORDER ADOPTING REPORT AND RECOMMENDATION**

Warden M. Rios and
Federal Bureau of Prisons,

           Respondents.

---

This matter is before the Court on the August 28, 2018 Report and Recommendation (R&R) of the United States Magistrate Judge Franklin L. Noel. (Dkt. 18.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.     The August 28, 2018 R&R, (Dkt. 18), is **ADOPTED**.

2.     Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), is **DENIED**.

3.     This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 20, 2018            s/Wilhelmina M. Wright
                                                       Wilhelmina M. Wright
                                                       United States District Judge